Francisco Sgro, Appellant, v. Joseph S. Wojdylak, Respondent.— In an action to recover damages for personal injuries suffered by plaintiff when he stepped from in front of a parked truck and came in contact with defendant's automobile, which was passing the truck, resettled order setting the verdict aside and directing a new trial on the ground that the verdict is against the weight of the evidence, insofar as appealed from, unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Aldrich and Nolan, JJ.

Michael J. Shea, Respondent, v. Hotel St. George Corporation, Appellant.— In an action to recover damages for alleged false imprisonment and assault, order granting plaintiff's motion for examination of the defendant before trial modified by striking items 2 and 4 therefrom, and, as thus modified, the order is affirmed, without costs, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

Helen Smith et al., Respondents-Appellants, v. City of New York, Appellant-Respondent.— Action to recover damages for personal injuries suffered by plaintiff wife as a consequence of slipping on an icy crosswalk at the intersection of Schaeffer Street and Bushwick Avenue, Brooklyn, and by plaintiff husband for expenses and loss of services. A verdict for plaintiff wife for $10,000, and for plaintiff husband for $2,000, was set aside on the ground that it is against the weight of the evidence. Plaintiffs appeal from so much of the order as sets aside the verdict. Defendant cross-appeals from so much of the order as denied its motion to dismiss the complaint, made at the close of plaintiffs' case and renewed at the close of the entire case, and its motion to set aside the verdict on the ground that the notices of claim were defective. On appeal by plaintiffs, order, insofar as appealed from, unanimously affirmed, without costs. No opinion. Cross appeal by defendant dismissed, without costs. The order, insofar as it denies defendant's motions, is not appealable. (*Flynn* v. *Board of Education of City of New York, ante,* p. 855 [2d Dept.], and cases cited therein.) Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post,* pp. 936, 1033.]